FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN — 5 2026

MITCHELL R. ELFERS
CLERK OF COURT

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 26 MJ 44 |
| Pablo Edmundo Moreno | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    December 30, 2025    in the county of    Dona Ana    in the
District of    New Mexico    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Interstate Communications |

This criminal complaint is based on these facts:

See Affidavit, incorporated by reference.

☐ Continued on the attached sheet.

_Complainant's signature_

Kevin D. Power, U.S. Postal Inspector
_Printed name and title_

Sworn to before me ~~and signed in my presence.~~ via telephone.

Date:    01/05/2026

_Judge's signature_

City and state:    Las Cruces, NM

Damian L. Martinez, U.S. Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**PABLO EDMUNDO MORENO,**

Defendant.

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Kevin D. Power, having been duly sworn, do depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a United States Postal Inspector with the United States Postal Inspection Service and have been so employed since April of 2022.  I have completed a 16-week basic training course in Potomac, Maryland, which included training in the investigation of crimes affecting United States Postal Service (USPS) employees and its customers. I am currently assigned to the Phoenix Division, Albuquerque New Mexico Domicile. Prior to my appointment as a U.S. Postal Inspector, I worked in a variety of security related roles as a contractor to the United States Department of Energy at Los Alamos National Laboratory for 14 years. I also served as a Reconnaissance Marine in the Marine Corps Reserve for 18 years. During my career as a federal law enforcement officer, I have investigated robberies of USPS employees, assaults and threats on USPS employees, mail theft, and burglaries of Postal facilities. I have conducted investigations of dangerous mail and prohibited mail such as narcotics in the U.S. mail system.

2.      This Affidavit is made for the limited purpose of establishing probable cause that Pablo Edmundo Moreno (Moreno) transmitted a communication in interstate commerce to

knowingly make threats to injure the person of others, including by implementing lethal force in violation of Title 18 U.S.C. § 875(c).

3.    My knowledge of the facts alleged in this Affidavit arises from my training and experience, my personal observations, my participation in the investigation described below, information developed by law enforcement agents, my discussions with witnesses, and my review of documents and video.  This Affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

4.    On December 30, 2025, U.S. Postal Inspectors from the Albuquerque Domicile were notified of a threat to the Anthony NM Post Office. Inspectors contacted the reporting parties, the Postmaster of the Post Office, S.M., and a Custromer Service Supervisor, E.L., and conducted a telephonic interview. During that discussion, E.L. stated one of the clerks at the post office, Y.B., had been going through a "bad breakup." She stated Y.B. had largely tried to keep the personal issue out of the workplace, but another USPS employee had contacted the management team to report various threats from Y.B.'s ex-boyfriend. These threats were towards another Postal employee in Anthony NM, O.M., as well as the Post Office collectively. She said these threats were made on social media, and believed the platform was TikTok. TikTok is an internet based social media platform that operates in interstate commerce. E.L. said that the ex-boyfriend was angry about a potential relationship between Y.B. and another Postal employee, O.M. E.L. identified the ex-boyfriend as Pablo Edmundo Moreno (Moreno). E.L. stated that a post made on Moreno's social media account that morning stated, "ready to go," "everything I loved gone," "Gonna go with a bang," and "Gonna go to that office light it up." E.L. said she had screenshots of the threats and sent them to Inspectors. The screen shots depicted numerous

TikTok posts from the previous days and weeks, making threats and depicting Moreno with firearms and alcohol. After further investigation, Inspectors learned Moreno began making threatening phone calls, text messages, and online posts towards O.M. and Y.B. prior to the reporting of the December 30, 2025, threat against the post office. That TikTok threat posted on December 30, 2025, did indeed threaten to go to "that office," and "light it up." Given the totality of the circumstance leading up to the post, can reasonably be inferred to mean the Anthony, NM post office, as the two people his threats and grievances involved both work at the post office together. Examples of TikTok posts made include: a post made by Moreno on December 17, 2025, contained statements such as "messing with my family is dangerous, hickory dickory dock" because "here I come with my unregistered Glock." On December 22, 2025, Moreno posted "My life is crushed so lets [sic] make history (O.M.)." On December 23, 2025, Moreno posted photos of alcohol referencing a "final hunt," a photo of someone shooting a gun in the desert, and finally a video of Moreno sitting in a vehicle, stating "Once he's home, one and done" followed by a shooting gesture with his hand. On December 24, 2025, Moreno posted a photo of three fingers, each with a tattoo, stating "no face," "no case," and "redrum," which is "murder spelled backwards. On December 28, 2025, Moreno posted a still photo outside O.M.'s residence. Finally, the most recent post on December 30, 2025, referencing going to "that office" to "light it up."

5.    Inspectors began investigating Moreno immediately. Inspectors found Moreno has a significant criminal history, to include past charges for domestic violence and aggravated assault with a deadly weapon, and currently has multiple active felony warrants for his arrest in Texas. Anthony, NM is located close to the New Mexico/Texas border, and it was determined that some parties involved live in New Mexico and some live in Texas. After reviewing the posts

3

and speaking with Postal management, the threats were determined to be credible and Inspectors from the Albuquerque Domicile began responding to Anthony, NM. While enroute, local law enforcement responded to the post office in Anthony, NM and Inspectors from El Paso, TX also began an attempt to locate Moreno to potentially mitigate the threat.

6.    Once Inspectors arrived in Anthony NM, they conducted interviews and collected written statements. The first interview was of O.M. O.M. stated O.M. and Y.B. had gone out together about a week prior to a bar in El Paso. O.M. stated that O.M. and Y.B. hung out for a few hours, hugged, and then parted ways. O.M. said a couple hours later, in the very early morning, O.M. received text messages from Y.B. O.M. said Y.B.'s texts didn't make sense and O.M. was suspicious, so O.M. stopped responding. O.M. stated O.M. received a call shortly after from Y.B., who told O.M. Moreno had broken into J.B.'s home, taken away J.B.s phone, and began texting O.M. while pretending to be Y.B. O.M. stated O.M. began receiving threatening phone calls and texts that quickly escalated. O.M. showed one inspector a text that read, "lead to the head," accompanied by a picture of a pistol and loaded magazines. O.M. said O.M. inferred the text to be a reference to getting shot. O.M. stated Moreno did not know what O.M. looked like, or much about O.M., but within the week, O.M. began receiving more threats, but now the threats included references to the street that O.M. lives on. O.M. stated O.M. was in genuine fear for O.M.'s safety.

7.    Postal Inspectors also interviewed Postal Clerk, E.T. E.T. stated E.T. knew Moreno and they followed each other on TikTok. E.T. said E.T. was concerned about the threatening nature of Moreno's recent posts and reported the issue to E.T.'s supervisors. E.T. said E.T. didn't want anyone to get hurt and wanted to keep an open line of communication with Moreno so nothing bad happened. E.T. said Moreno seemed angry and distraught, but E.T. had encouraged Moreno to not make it worse.

8.      Inspectors also interviewed Y.B. Y.B. stated Y.B. dated Moreno and they had a son together. Y.B. said Moreno had been violent towards Y.B. in the past. Y.B. said Moreno had choked Y.B., swung his fist at Y.B., and stolen Y.B.'s things. Y.B. said they had been completely broken up for months, but that Moreno continually tries to come to Y.B.'s house or contact Y.B. somehow. Y.B. said Y.B. had been trying very hard to get away from Moreno's abuse and the problems that came from their relationship. Y.B. corroborated the allegation regarding Moreno coming into Y.B.'s home and taking Y.B.'s phone the night Y.B. went out with O.M.

9.      On the morning of December 31, 2025, Inspectors located Moreno at an apartment complex in El Paso TX. He was detained and taken into custody by El Paso Police Department for his state warrants.

## CONCLUSION

10.     Based on the above information, I submit there is probable cause to believe Pablo Edmundo Moreno committed violations of Title 18 U.S.C. § 875(c): Interstate Communications, as he knowingly transmitted threats to injure another, with the intent that the communication would be viewed as a threat, and it was done via an internet platform that is a facility and means of interstate commerce.

11.     This affidavit has been reviewed and approved by Assistant United States Attorney Mark Saltman.

Kevin D. Power
United States Postal Inspector

5

Electronically signed and telephonically sworn
on this 5 day of January 2026:

_____
HONORABLE DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

6