FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 15 2026

ERIK PALTROW
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )   CRIMINAL NO. 26-2798 Smb
                                    )
vs.                                 )   18 U.S.C. § 875(c):
                                    )   Interstate Transmission of Threatening
PABLO EDMUNDO MORENO,               )   Communication
                                    )
        Defendant.                  )

## INFORMATION

The United States Attorney charges:

On or about December 30, 2025, in Doña Ana County, in the District of New Mexico, the

defendant, **PABLO EDMUNDO MORENO**, knowingly transmitted in interstate and foreign

commerce a communication, and the communications contained threats.

In violation of 18 U.S.C. § 875(c).

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

JONATHAN HENRY GENNARI
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304